OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

2/4/2015

02 1R                    $ 00.26⁵
0002003152      FEB09 2015
MAILED FROM ZIP CODE 78701

PITNEY BOWES

PRESORTED FIRST CLASS

UNITED STATES POSTAGE

BRENT, JASON EARL    Tr. Ct. No. 11-12-13751-CR(1)                    WR-82,755-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RTS
Discharged
FEB 1 1 2015

JASON EARL BRENT
COFFIELD UNIT - TDC # 1845998
2661 FM 2054
TENNESSEE COLONY, TX 75884              UTF

B

H3B 75884